# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145646

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JEFFERY ALAN DOUGLAS,
      Defendant-Appellee.

SC: 145646
COA: 301546
Lenawee CC: 09-014365-FC

_____/

By order of October 24, 2012, we granted leave to appeal the April 12, 2012 judgment of the Court of Appeals, and this case was placed on the April 2013 session calendar for argument and submission. It now appears that the case of *Burt v Titlow*, cert gtd 185 L Ed 2d 360; 2013 US LEXIS 1849; 81 USLW 3470 (US 2013), is pending before the United States Supreme Court, and that the decision in that case may resolve an issue raised in the present appeal. Therefore, we ADJOURN the oral argument of this case, and we ORDER that this appeal be held in ABEYANCE pending the decision in *Burt*.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2013

_____
Clerk

t0402